

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-19-00435-CV

Jerold **GIVENS** and Dinah Givens, Individually and as Representatives of the Estate of James Douglas Givens, Deceased; Beverly Brown, Johnny Scott Brown, and Andrew Brown, Individually and as Representatives of the Estate of Johnnie Lee Brown; Shannon Brown; and Wesley Brown,
Appellants

v.

**ANDERSON COLUMBIA CO., INC.**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 15-03-31056-MCV
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

Appellants' reply brief is currently due on April 6, 2020. On March 31, 2020, appellants filed an unopposed motion requesting an extension of time to file the brief until April 27, 2020. We **GRANT** the motion and **ORDER** appellants to file their reply brief **by April 27, 2020**.

It is so **ORDERED** on April 1, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court